UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAIA BECKWITH SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>  Defendants. | Case No. 3:24-cv-01889-JD<br><br>**ORDER RE CONSOLIDATION** |

Pursuant to the parties' joint request, Dkt. No. 24, and the Court's consolidation order in *In re Wells Fargo Mortgage Discrimination Litigation*, Case No. 3:22-cv-00990-JD, this case is consolidated into *In re Wells Fargo Mortgage Discrimination Litigation.* The Clerk of the Court is requested to file a copy of the Court's consolidation order, Dkt. No. 102 (No. 3:22-cv-00990-JD), on this docket and make the appropriate entry in the master docket sheet (No. 3:22-cv-00990-JD). This case is administratively closed.

**IT IS SO ORDERED.**

Dated: July 9, 2024

JAMES DONATO
United States District Judge